UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE P. CHILDS, | No. 2:15-cv-0574-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The court's records show that defendant has not yet indicated whether or not she consents to the jurisdiction of a magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c). Accordingly, within fourteen (14) days of this order, defendant shall file a brief statement indicating whether or not she consents to the jurisdiction of a magistrate judge for all purposes, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c). Importantly, defendant is under no obligation to so consent, but defendant's designation in that regard assists the court in determining how the case will be administratively processed.

IT IS SO ORDERED.

Dated: March 10, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE