UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE P. CHILDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  2:15-cv-0574-KJN<br><br><br>ORDER |

      On March 16, 2015, the court granted plaintiff's motion to proceed *in forma pauperis* in the district court. (ECF No. 4.)  Subsequently, on July 25, 2016, the court denied plaintiff's motion for summary judgment, granted the Commissioner's cross-motion for summary judgment, and affirmed the final decision of the Commissioner.  (ECF Nos. 18, 19.)  Thereafter, on September 22, 2016, plaintiff filed a notice of appeal.  (ECF No. 20.)  Plaintiff's notice of appeal is accompanied by a motion to proceed *in forma pauperis* on appeal.  (ECF No. 22.)

      Federal Rule of Appellate Procedure 24(a)(3) generally allows a party who was granted leave to proceed *in forma pauperis* in the district court to proceed *in forma pauperis* on appeal without further authorization, unless the district court finds that the appeal is not taken in good faith or that the party is not otherwise entitled to proceed *in forma pauperis*.  Because the court has not made, and does not make, such findings in this case, plaintiff may proceed *in forma*

1

*pauperis* on appeal without further authorization.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed *in forma pauperis* on appeal is DENIED AS MOOT. This order resolves ECF No. 22.

Dated: September 23, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE